**People of the State of Illinois, Plaintiff-Appellee, v. James E. Womack, Defendant-Appellant.**

**Gen. No. 51,244.**

First District, Second Division.

November 12, 1968.

Gerald W. Getty, Public Defender of Cook County, of

Chicago (John J. Van Zeyl and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Theodore A. Shapero, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. **Not to be published in full.**